HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MISAEL CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MISAEL CAMACHO,<br><br>             Defendant. | No. Cr. S 2:07-cr-289 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Hon. MORRISON C. ENGLAND, JR. |

Defendant, MISAEL CAMACHO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On September 9, 2008, this Court sentenced Mr. Camacho to a term of 188 months imprisonment;

3.  Mr. Camacho's total offense level was 33, his criminal history category was IV, and the resulting guideline range was 188 to 235 months;

1    4.   The sentencing range applicable to Mr. Camacho was subsequently lowered by
2  the United States Sentencing Commission in Amendment 782, made retroactive on July 18,
3  2014, see 79 Fed. Reg. 44,973;
4    5.   Mr. Camacho's total offense level has been reduced from 33 to 31, and his
5  amended guideline range is 151 to 188 months;
6    6.   Accordingly, the parties request the Court enter the order lodged herewith
7  reducing Mr. Camacho's term of imprisonment to a term of 151 months.
8  Respectfully submitted,
9  Dated:  November 4, 2015                Dated:   November 4, 2015
10 BENJAMIN B. WAGNER                      HEATHER E. WILLIAMS
   United States Attorney                  Federal Defender
11

12  */s/ Jason Hitt*                        /s/ *Hannah R. Labaree*
    JASON HITT                              HANNAH R. LABAREE
13  Assistant U.S. Attorney                 Assistant Federal Defender

14  Attorney for Plaintiff                  Attorney for Defendant
    UNITED STATES OF AMERICA                MISAEL CAMACHO
15

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Camacho is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2008 is reduced to a term of 151 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Camacho shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

DATED: November 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT